```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**SEMPER FOODS, LLC,**

                **Plaintiff,**

         **- against -**

**JAFCO FOODS, INC D/B/A CURATEFOODSERVICE,**

                **Respondent.**

**24-mc-233 (JGK)**

**ORDER**

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephone conference on **June 14, 2024,** at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The petitioner is directed to serve copies of the papers and the Court's order on the respondent unless there is a compelling reason to proceed <u>ex parte</u>.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **May 30, 2024**

                                                  /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                        **United States District Judge**